# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually, and doing business as "FIESTA FABRIC,"<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN FASHION GROUP, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-09225-DMG-AFM<br>*Hon. Dolly M. Gee Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: _____     By: _____
                                              HONORABLE DOLLY M. GEE
                                              U.S. DISTRICT JUDGE