# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually, and doing business as "FIESTA FABRIC," <br><br> Plaintiff, <br><br> vs. <br><br> SHEIN FASHION GROUP, INC., a California Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: CV 18-9225-DMG (AFMx) <br><br> **ORDER RE STIPULATION OF DISMISSAL [27]** |

1

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The parties will bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

DATED: April 4, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE